No. 743. SHAW, EXECUTOR, v. ATLANTIC COAST LINE RAILROAD CO. ET AL. 

*Per Curiam:* The petition for writ of certiorari is granted limited to that part of the judgment in favor of *Southern Railway Company* and that part of the judgment is reversed and the cause is remanded for trial. In all other respects, the petition for writ of certiorari is denied. *Rogers* v. *Missouri Pacific R. Co.,* 352 U. S. 500. MR. JUSTICE FRANKFURTER is of the opinion that the writ should not be granted. See his dissent in *Rogers* v. *Missouri Pacific R. Co.,* 352 U. S. 500, 524. MR. JUSTICE HARLAN and MR. JUSTICE WHITTAKER dissent for the reasons given in MR. JUSTICE HARLAN's opinion in *Rogers* v. *Missouri Pacific R. Co.,* 352 U. S. 500, 559. MR. JUSTICE BURTON dissents.

*Thomas E. McCutchen, Jr.* for petitioner. *Douglas McKay* for the Atlantic Coast Line Railroad Co., and *Frank G. Tompkins, Jr.* for the Southern Railway Co., respondents.

No. 782. FUTRELLE, ADMINISTRATRIX, v. ATLANTIC COAST LINE RAILROAD CO. *Per Curiam:* The petition for writ of certiorari is granted and the judgment is reversed and the cause is remanded for trial. *Rogers* v. *Missouri Pacific R. Co.,* 352 U. S. 500. MR. JUSTICE FRANKFURTER is of the opinion that the writ should not be granted. See his dissent in *Rogers* v. *Missouri Pacific R. Co.,* 352 U. S. 500, 524. MR. JUSTICE HARLAN and MR. JUSTICE WHITTAKER dissent for the reasons given in MR. JUSTICE HARLAN's opinion in *Rogers* v. *Missouri Pacific R. Co.,* 352 U. S. 500, 559.

*James B. Swails* for petitioner. *Louis J. Poisson, Jr.* and *M. V. Barnhill, Jr.* for respondent.